

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-10-00112-CV

MARTIN B. SMITH AND                                                APPELLANTS
TONI E. SMITH

V.

THE LAW OFFICE OF                                                    APPELLEE
DALE A. BURROWS,
P.C.

------------

### FROM 158TH DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1]

------------

On January 14, 2010, the trial court signed an order granting summary judgment in favor of Appellee The Law Office of Dale A. Burrows, P.C. on its suit on sworn account cause of action and granting Appellee its attorney's fees. Appellants Martin B. Smith and Toni E. Smith thereafter timely filed a motion for new trial and a notice of appeal. After Appellants filed their appellate brief,

---

[1]See Tex. R. App. P. 47.4.

arguing in six issues that the trial court erred by granting summary judgment for Appellee, Appellee filed a two-page response stating, "While Appellee disputes many of the factual allegations and arguments contained in Appellants' Brief, Appellee agrees to the relief sought by Appellant – reversal of the trial court's summary judgment in favor of Appellee and a remand of this case to the trial court for further proceedings." We therefore sustain Appellants' overarching issue—that the trial court erred by granting summary judgment for Appellee—and reverse and remand the case to the trial court for further proceedings. *See* Tex. R. App. P. 43.2(d); *see also Graham Gen. Hosp. v. Phillips*, No. 02-03-00231-CV, 2003 WL 22251455, at *1 (Tex. App.—Fort Worth Oct. 2, 2003, no pet.) (mem. op.) (reversing and remanding upon parties' agreed motion to reverse and remand).

SUE WALKER
JUSTICE

PANEL:  LIVINGSTON, C.J.; WALKER and GABRIEL, JJ.

DELIVERED:  October 14, 2010